# United States District Court
# For The Western District of North Carolina
# Statesville Division

MATT JENKINS,

       Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                          CASE NO. 5:10CV121

M.R.S. ASSOCIATES, INC.
AND MRS BPO, LLC,

       Defendant(s).

On May 25, 2011, an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure was tendered by defendants to plaintiff. On June 3, 2011, plaintiff filed a Notice of Acceptance of Offer of Judgment.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Notice of Acceptance and attached Offer of Judgment filed on June 3, 2011.

                                                  Signed: June 13, 2011

                                                  Frank G. Johns, Clerk
                                                  United States District Court